# Exhibit B



**Prepared For**
**ADAM S. BENGHARSA**
Personal & confiden ial
**Date generated:** Jun 26, 2021

**At a glance**



**Account summary**

Open accoun s
Self repor ed accoun s
Accoun s ever la e
Closed accoun s
Collec ions
Average accoun age
Oldes accoun

**Debt summary**

Credi card and credi line deb
Self repor ed accoun balance
Loan deb
Collec ions deb
o al deb



Prepared For **ADAM S. BENGHARSA**     Date generated: Jun 26, 2021

## Personal information

**Name**
ADAM S BENGHARSA

**Addresses**
████████████

**Employers**
-

**Also known as**
-

████████████
████████████

**Generational identifier**
-

████████████

**Year of birth**
██

**Personal statements**
**No Statement(s) present at this time**




Prepared For **ADAM S. BENGHARSA**   Date generated: Jun 26, 2021

## Closed accounts

**AES/MEFA**   $21,790
Exceptional payment history   Closed

### Account info

| | |
|---|---|
| Account name | AES/MEFA |
| Account number | XXXXXXXXXX |
| Original creditor | - |
| Company sold | - |
| Account type | Education Loan |
| Date opened | Sep 09, 2020 |
| Account status | Closed |
| Payment status | Credit grantor cannot locate consumer |
| Status updated | Apr 2021 |
| Balance | $21,790 |
| Balance updated | May 31, 2021 |
| Original amount | $23,000 |
| Monthly payment | $233 |
| Past due amount | - |
| Highest balance | - |
| Terms | 120 Months |
| Responsibility | Joint Account |
| Your statement | - |

### Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | NA | | | | | | | |
| 2020 | | | | | | | | | | ● | ● | ● |

● On time   NA No applicable payment history   Data unavailable

### Contact info

Address: 1200 N 7TH ST HARRISBURG, PA 17102
Phone number: (800) 233-0557

### Comments

Dispute resolved — consumer disagrees



Prepared For **ADAM S. BENGHARSA**  Date generated: Jun 26, 2021

| ● AES/MEFA | | $21,507 |
|---|---|---|
| Exceptional payment history | | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | AES/MEFA | Balance | $21,507 |
| Account number | XXXXXXXXXX | Balance updated | May 31, 2021 |
| Original creditor | - | Original amount | $25,200 |
| Company sold | - | Monthly payment | $264 |
| Account type | Education Loan | Past due amount | - |
| Date opened | Sep 13, 2019 | Highest balance | - |
| Account status | Closed | Terms | 120 Months |
| Payment status | Credit grantor cannot locate consumer | Responsibility | Joint Account |
| Status updated | Apr 2021 | Your statement | - |

### Payment history

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | NA | | | | | | | |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | | | | | | | | | | ● | ● | ● |

● On time   NA No applicable payment history   Data unavailable

### Contact info

Address: 1200 N 7TH ST HARRISBURG, PA 17102

Phone number: (800) 233-0557

### Comments

Dispute resolved — consumer disagrees



Prepared For **ADAM S. BENGHARSA**    Date generated: Jun 26, 2021

| AES/MEFA | | $21,269 |
|---|---|---|
| Exceptional payment history | | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | AES/MEFA | Balance | $21,269 |
| Account number | XXXXXXXXXX | Balance updated | May 31, 2021 |
| Original creditor | - | Original amount | $24,000 |
| Company sold | - | Monthly payment | $248 |
| Account type | Education Loan | Past due amount | - |
| Date opened | Jan 24, 2020 | Highest balance | - |
| Account status | Closed | Terms | 120 Months |
| Payment status | Credit grantor cannot locate consumer | Responsibility | Joint Account |
| Status updated | Apr 2021 | Your statement | - |

### Payment history

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ●   | ●   | ●   | ●   | NA  |     |     |     |     |     |     |     |
| 2020 |     | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   | ●   |

● On time    NA No applicable payment history    Data unavailable

### Contact info

| | |
|---|---|
| Address | 1200 N 7TH ST HARRISBURG, PA 17102 |
| Phone number | (800) 233-0557 |

### Comments

Dispute resolved – consumer disagrees



Prepared For **ADAM S. BENGHARSA**   Date generated: Jun 26, 2021

---

● **AES/MEFA**  $22,569
Exceptional payment history  Closed

### Account info

| | | | |
|---|---|---|---|
| Account name | AES/MEFA | Balance | $22,569 |
| Account number | XXXXXXXXXX | Balance updated | May 31, 2021 |
| Original creditor | - | Original amount | $23,000 |
| Company sold | - | Monthly payment | $235 |
| Account type | Education Loan | Past due amount | - |
| Date opened | Feb 17, 2021 | Highest balance | - |
| Account status | Closed | Terms | 120 Months |
| Payment status | Credit grantor cannot locate consumer | Responsibility | Joint Account |
| Status updated | Apr 2021 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | | | ● | ● | NA | | | | | | | |

● On time    NA No applicable payment history    Data unavailable

### Contact info

Address: 1200 N 7TH ST HARRISBURG, PA 17102
Phone number: (800) 233-0557

### Comments

Dispute resolved – consumer disagrees