# Exhibit C

Experian

Prepared For

**Personal & Confidential**

Date Generated   Jul 15, 2021
Report Number    ▌     -48

## About Dispute Results

Our reinvestigation of the dispute you recently submitted is now complete. If we were able to make changes to your credit report based on information you provided, we have done so. Otherwise we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

## Here are your results

### AES/MEFA

Account • ▌XXXXXXXXXXX


Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact AES/MEFA at PO BOX 61047, HARRISBURG , PA 17106 or (800) 233-0557

 **After your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **AES/MEFA** | Balance | **$21,507** |
| Account Number | ▌XXXXXXXXXX | Balance Updated | **07/14/2021** |
| Account Type | **Education** | Recent Payment | **$264** |
| Responsibility | **Joint with ANNABELLE BERGER** | Monthly Payment | **$264** |
| Date Opened | **09/13/2019** | Original Balance | **$25,200** |
| Status | **Creditor cannot locate individual/Never late.** | Highest Balance | **$0** |
| | | Terms | **120 Months** |
| Status Updated | **04/2021** | | |

## Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | ● | — | — | — | — | — |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to July 14, 2021

---

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,685 | $264 | $264 on 4/28/2021 |
| Mar 2021 | $21,865 | $264 | $264 on 3/28/2021 |
| Feb 2021 | $22,315 | $264 | $0 on 1/28/2021 |
| Jan 2021 | $22,235 | $264 | $274 on 1/28/2021 |
| Dec 2020 | $22,419 | $264 | $274 on 12/28/2020 |
| Nov 2020 | $22,604 | $264 | $274 on 11/28/2020 |
| Oct 2020 | $22,790 | $264 | $274 on 10/28/2020 |
| Sep 2020 | $22,973 | $264 | $274 on 9/28/2020 |
| Aug 2020 | $23,158 | $264 | $274 on 8/28/2020 |
| Jul 2020 | $23,339 | $264 | $274 on 7/28/2020 |
| Jun 2020 | $23,520 | $264 | $274 on 6/28/2020 |
| May 2020 | $23,703 | $264 | $274 on 5/28/2020 |
| Apr 2020 | $23,882 | $264 | $274 on 4/28/2020 |
| Mar 2020 | $24,063 | $264 | $274 on 3/28/2020 |
| Feb 2020 | $24,241 | $264 | $274 on 2/28/2020 |
| Jan 2020 | $24,424 | $264 | $294 on 1/28/2020 |
| Dec 2019 | $24,621 | $264 | $315 on 12/28/2019 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Nov 2019 | $24,837 | $264 | $304 on 11/28/2019 |
| Oct 2019 | $25,044 | $264 | $314 on 10/24/2019 |
| Sep 2019 | $25,258 | $0 | $0 |

### Additional info

The original amount of this account was $25,200



### Contact Info

| | |
|---|---|
| Address | PO BOX 61047, HARRISBURG PA 17106 |



### Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



### Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2021.



### Before your dispute



### Account Info

| | | | |
|---|---|---|---|
| Account Name | **AES/MEFA** | Balance | **$21,507** |
| Account Number | **XXXXXXXXXXX** | Balance Updated | **05/31/2021** |
| Account Type | **Education** | Recent Payment | **$264** |
| Responsibility | **Joint with ANNABELLE BERGER** | Monthly Payment | **$264** |
| Date Opened | **09/13/2019** | Original Balance | **$25,200** |
| Status | **Creditor cannot locate individual/Never late.** | Highest Balance | **$0** |
| | | Terms | **120 Months** |
| Status Updated | **04/2021** | | |

## 💲 Payment History

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | — | — | — | — | — | — | — |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to May 31, 2021

## 📄 Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Apr 2021 | $21,685 | $264 | $264 on 4/28/2021 |
| Mar 2021 | $21,865 | $264 | $264 on 3/28/2021 |
| Feb 2021 | $22,315 | $264 | $0 on 1/28/2021 |
| Jan 2021 | $22,235 | $264 | $274 on 1/28/2021 |
| Dec 2020 | $22,419 | $264 | $274 on 12/28/2020 |
| Nov 2020 | $22,604 | $264 | $274 on 11/28/2020 |
| Oct 2020 | $22,790 | $264 | $274 on 10/28/2020 |
| Sep 2020 | $22,973 | $264 | $274 on 9/28/2020 |
| Aug 2020 | $23,158 | $264 | $274 on 8/28/2020 |
| Jul 2020 | $23,339 | $264 | $274 on 7/28/2020 |
| Jun 2020 | $23,520 | $264 | $274 on 6/28/2020 |
| May 2020 | $23,703 | $264 | $274 on 5/28/2020 |
| Apr 2020 | $23,882 | $264 | $274 on 4/28/2020 |
| Mar 2020 | $24,063 | $264 | $274 on 3/28/2020 |
| Feb 2020 | $24,241 | $264 | $274 on 2/28/2020 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jan 2020 | $24,424 | $264 | $294 on 1/28/2020 |
| Dec 2019 | $24,621 | $264 | $315 on 12/28/2019 |
| Nov 2019 | $24,837 | $264 | $304 on 11/28/2019 |
| Oct 2019 | $25,044 | $264 | $314 on 10/24/2019 |
| Sep 2019 | $25,258 | $0 | $0 |

**Additional info**

The original amount of this account was $25,200



**Contact Info**

Address          PO BOX 61047,
                 HARRISBURG PA 17106



**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2021.

---

**AES/MEFA**

Account • ▓▓▓▓XXXXXXXXXX

**Updated**

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact AES/MEFA at PO BOX 61047, HARRISBURG , PA 17106 or (800) 233-0557

 **After your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | AES/MEFA | Balance | $21,098 |
| Account Number | XXXXXXXXXXX | Balance Updated | 06/30/2021 |
| Account Type | Education | Recent Payment | $248 |
| Responsibility | Joint with ANNABELLE BERGER | Monthly Payment | $248 |
| Date Opened | 01/24/2020 | Original Balance | $24,000 |
| Status | Creditor cannot locate individual/Never late. | Highest Balance | $0 |
| | | Terms | 120 Months |
| Status Updated | 04/2021 | | |

$ **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | — | — | — | — | — | — |
| 2020 | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to June 30, 2021

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,436 | $248 | $248 on 4/28/2021 |
| Mar 2021 | $21,605 | $248 | $248 on 3/28/2021 |
| Feb 2021 | $22,030 | $248 | $0 on 1/28/2021 |
| Jan 2021 | $21,954 | $248 | $258 on 1/28/2021 |
| Dec 2020 | $22,128 | $248 | $258 on 12/28/2020 |
| Nov 2020 | $22,302 | $248 | $258 on 11/28/2020 |
| Oct 2020 | $22,478 | $248 | $258 on 10/28/2020 |
| Sep 2020 | $22,651 | $248 | $258 on 9/28/2020 |
| Aug 2020 | $22,826 | $248 | $258 on 8/28/2020 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Jul 2020 | $22,997 | $248 | $258 on 7/28/2020 |
| Jun 2020 | $23,168 | $248 | $258 on 6/28/2020 |
| May 2020 | $23,341 | $248 | $258 on 5/28/2020 |
| Apr 2020 | $23,510 | $248 | $258 on 4/28/2020 |
| Mar 2020 | $23,682 | $248 | $258 on 3/28/2020 |
| Feb 2020 | $23,850 | $248 | $258 on 2/28/2020 |
| Jan 2020 | $24,023 | $0 | $0 |

**Additional info**

The original amount of this account was $24,000



**Contact Info**

Address      PO BOX 61047,
HARRISBURG PA 17106



**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jul 2021.



**Before your dispute**



**Account Info**

| Account Name | | Balance | |
|---|---|---|---|
| | AES/MEFA | | $21,269 |

| | | |
|---|---|---|
| Account Number | XXXXXXXXXXX | |
| Account Type | Education | |
| Responsibility | Joint with ANNABELLE BERGER | |
| Date Opened | 01/24/2020 | |
| Status | Creditor cannot locate individual/Never late. | |
| Status Updated | 04/2021 | |
| Balance Updated | 05/31/2021 | |
| Recent Payment | $248 | |
| Monthly Payment | $248 | |
| Original Balance | $24,000 | |
| Highest Balance | $0 | |
| Terms | 120 Months | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | — | — | — | — | — | — | — |
| 2020 | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to May 31, 2021

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,436 | $248 | $248 on 4/28/2021 |
| Mar 2021 | $21,605 | $248 | $248 on 3/28/2021 |
| Feb 2021 | $22,030 | $248 | $0 on 1/28/2021 |
| Jan 2021 | $21,954 | $248 | $258 on 1/28/2021 |
| Dec 2020 | $22,128 | $248 | $258 on 12/28/2020 |
| Nov 2020 | $22,302 | $248 | $258 on 11/28/2020 |
| Oct 2020 | $22,478 | $248 | $258 on 10/28/2020 |
| Sep 2020 | $22,651 | $248 | $258 on 9/28/2020 |
| Aug 2020 | $22,826 | $248 | $258 on 8/28/2020 |
| Jul 2020 | $22,997 | $248 | $258 on 7/28/2020 |
| Jun 2020 | $23,168 | $248 | $258 on 6/28/2020 |
| May 2020 | $23,341 | $248 | $258 on 5/28/2020 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2020 | $23,510 | $248 | $258 on 4/28/2020 |
| Mar 2020 | $23,682 | $248 | $258 on 3/28/2020 |
| Feb 2020 | $23,850 | $248 | $258 on 2/28/2020 |
| Jan 2020 | $24,023 | $0 | $0 |

**Additional info**

The original amount of this account was $24,000



**Contact Info**

Address          PO BOX 61047,
                 HARRISBURG PA 17106



**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2021.

---

### AES/MEFA

Account • XXXXX XXXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact AES/MEFA at PO BOX 61047, HARRISBURG , PA 17106 or (800) 233-0557



Updated



After your dispute

## Account Info

| | | | |
|---|---|---|---|
| Account Name | AES/MEFA | Balance | $21,790 |
| Account Number | XXXXXXXXXX | Balance Updated | 06/30/2021 |
| Account Type | Education | Recent Payment | $233 |
| Responsibility | Joint with KENNETH BERGER, ANNABELLE BERGER | Monthly Payment | $233 |
| | | Original Balance | $23,000 |
| Date Opened | 09/09/2020 | Highest Balance | $0 |
| Status | Creditor cannot locate individual/Never late. | Terms | 120 Months |
| Status Updated | 04/2021 | | |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to June 30, 2021

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,948 | $233 | $233 on 4/28/2021 |
| Mar 2021 | $22,109 | $233 | $233 on 3/28/2021 |
| Feb 2021 | $22,500 | $233 | $0 on 1/28/2021 |
| Jan 2021 | $22,430 | $233 | $233 on 1/28/2021 |
| Dec 2020 | $22,587 | $233 | $233 on 12/28/2020 |
| Nov 2020 | $22,743 | $233 | $242 on 11/28/2020 |
| Oct 2020 | $22,909 | $233 | $225 on 10/28/2020 |
| Sep 2020 | $23,055 | $0 | $0 |

## Additional info

The original amount of this account was $23,000

 **Contact Info**

Address    PO BOX 61047,
           HARRISBURG PA 17106

 **Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Jul 2021.

 **Before your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | AES/MEFA | Balance | $21,790 |
| Account Number | XXXXXXXXXXX | Balance Updated | 05/31/2021 |
| Account Type | Education | Recent Payment | $233 |
| Responsibility | Joint with KENNETH BERGER, ANNABELLE BERGER | Monthly Payment | $233 |
| | | Original Balance | $23,000 |
| Date Opened | 09/09/2020 | Highest Balance | $0 |
| Status | Creditor cannot locate individual/Never late. | Terms | 120 Months |
| Status Updated | 04/2021 | | |

 **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | — | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● Current on payments

Payment history guide

Creditor cannot locate individual from Apr 30, 2021 to May 31, 2021



### Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,948 | $233 | $233 on 4/28/2021 |
| Mar 2021 | $22,109 | $233 | $233 on 3/28/2021 |
| Feb 2021 | $22,500 | $233 | $0 on 1/28/2021 |
| Jan 2021 | $22,430 | $233 | $233 on 1/28/2021 |
| Dec 2020 | $22,587 | $233 | $233 on 12/28/2020 |
| Nov 2020 | $22,743 | $233 | $242 on 11/28/2020 |
| Oct 2020 | $22,909 | $233 | $225 on 10/28/2020 |
| Sep 2020 | $23,055 | $0 | $0 |

**Additional info**

The original amount of this account was $23,000



### Contact Info

Address        PO BOX 61047,
               HARRISBURG PA 17106

### Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



### Reinvestigation Info

This item was updated from our processing of your dispute in Jun 2021.

## AES/MEFA

Account • ▇▇▇XXXXXXXXXXX


Updated

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact AES/MEFA at PO BOX 61047, HARRISBURG, PA 17106 or (800) 233-0557

### After your dispute


**Account Info**

| | | | |
|---|---|---|---|
| Account Name | **AES/MEFA** | Balance | $22,569 |
| Account Number | ▇▇▇XXXXXXXXXXX | Balance Updated | 06/30/2021 |
| Account Type | Education | Recent Payment | $235 |
| Responsibility | Joint with KENNETH BERGER, ANNABELLE BERGER | Monthly Payment | $235 |
| | | Original Balance | $23,000 |
| Date Opened | 02/17/2021 | Highest Balance | $0 |
| Status | Creditor cannot locate individual/Never late. | Terms | 120 Months |
| Status Updated | 04/2021 | | |


**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | — | — | ● | ● | ● | ● | — | — | — | — | — | — |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to June 30, 2021


**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $22,723 | $235 | $235 on 4/28/2021 |
| Mar 2021 | $22,879 | $235 | $235 on 3/28/2021 |
| Feb 2021 | $23,032 | $0 | $0 |

**Additional info**

The original amount of this account was $23,000


### Contact Info

| | |
|---|---|
| Address | PO BOX 61047, HARRISBURG PA 17106 |


### Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None


### Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2021.


## Before your dispute


### Account Info

| | | | |
|---|---|---|---|
| Account Name | AES/MEFA | Balance | $22,569 |
| Account Number | XXXXXXXXXX | Balance Updated | 05/31/2021 |
| Account Type | Education | Recent Payment | $235 |
| Responsibility | Joint with KENNETH BERGER, ANNABELLE BERGER | Monthly Payment | $235 |
| | | Original Balance | $23,000 |
| Date Opened | 02/17/2021 | Highest Balance | $0 |
| Status | Creditor cannot locate individual/Never late. | Terms | 120 Months |
| Status Updated | 04/2021 | | |


### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | — | — | ● | ● | ● | — | — | — | — | — | — | — |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to May 31, 2021



**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $22,723 | $235 | $235 on 4/28/2021 |
| Mar 2021 | $22,879 | $235 | $235 on 3/28/2021 |
| Feb 2021 | $23,032 | $0 | $0 |

**Additional info**

The original amount of this account was $23,000



**Contact Info**

Address          PO BOX 61047,
                 HARRISBURG PA 17106

**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jun 2021.

## If our reinvestigation has not resolved your dispute, you have several options:

→ **You may add a statement of up to 100 words to your report.** If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you.

→ **You may contact the company that reports the information to us and dispute it directly with them.**

If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

→ **You may provide us additional information or documents about your dispute.** Experian's online Dispute Center lets you easily add any pertinent documentation to a dispute. You can add documentation online when logged in on your computer or via a mobile device. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas, 75013.

→ **You may file a complaint about Experian or the company reporting the item,** with the Consumer Financial Protection Bureau or your State Attorney General's office. You may submit a complaint to the Consumer Financial Protection Bureau at www.consumerfinance.gov/complaint or by mail at Consumer Financial Protection Bureau, PO Box 4503, Iowa City, IA 52244.

**If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement,** you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland, or New York.) If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment, or apartment rental.

**If interested, you may also request a description of how the reinvestigation was conducted** along with the business name, address, and telephone number (if reasonably available) of the furnisher of information.

**Thank you for helping ensure the accuracy of your credit information.** For frequently asked questions about your credit report, please visit experian.com/consumerfaqs. If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Action Required

**AES/MEFA**

▇▇▇▇▇▇▇▇▇▇▇▇...

PLEASE CONTACT CREDIT GRANTOR AT -8662373004-

## Know Your Rights