# Exhibit E



July 19, 2021


ADAM S BENGHARSA

**THIS LETTER IS FOR YOUR INFORMATION ONLY**

RE: ANNABELLE O BERGER

Dear ADAM S BENGHARSA:

**WHY WE ARE CONTACTING YOU**
To provide you with the detailed loan information that was recently requested.

**Loan Information for: ANNABELLE O BERGER**

| | |
|---|---|
| **Loan Type:** MEFAIM | **Original Principal Balance:** $25,200.00 |
| **Disbursement Date:** 09/13/2019 | **Current Principal Balance:** $21,318.21 |
| **Current Loan Status:** REPAYMENT | **Current Interest Rate:** 4.70% |
| **Loan Sequence:** 1 | **Repayment Term:** 120 Months |
| **Delinquency:** 0 Days | **Installment Amount:** $264.10 |

| | |
|---|---|
| **Loan Type:** MEFAIM | **Original Principal Balance:** $24,000.00 |
| **Disbursement Date:** 01/24/2020 | **Current Principal Balance:** $21,091.17 |
| **Current Loan Status:** REPAYMENT | **Current Interest Rate:** 4.50% |
| **Loan Sequence:** 2 | **Repayment Term:** 120 Months |
| **Delinquency:** 0 Days | **Installment Amount:** $248.87 |

| | |
|---|---|
| **Loan Type:** MEFAIM | **Original Principal Balance:** $23,000.00 |
| **Disbursement Date:** 09/09/2020 | **Current Principal Balance:** $21,621.57 |
| **Current Loan Status:** REPAYMENT | **Current Interest Rate:** 4.05% |
| **Loan Sequence:** 3 | **Repayment Term:** 120 Months |
| **Delinquency:** 0 Days | **Installment Amount:** $233.89 |

P.O. Box 2461, Harrisburg, PA 17105-2461 | M-F 7:30 AM to 9:00 PM (ET) | 800-233-0557 | International 717-720-3100 |  717-720-3916 |  711 |
NMLS #1619466
**aesSuccess.org**

| | |
|---|---|
| **Loan Type:** MEFAIM | **Original Principal Balance:** $23,000.00 |
| **Disbursement Date:** 02/17/2021 | **Current Principal Balance:** $22,404.38 |
| **Current Loan Status:** REPAYMENT | **Current Interest Rate:** 4.25% |
| **Loan Sequence:** 4 | **Repayment Term:** 120 Months |
| **Delinquency:** 0 Days | **Installment Amount:** $235.84 |

The balance listed above is not a payoff amount. If you intend to payoff your loans, both the current principal balance and any outstanding interest must be satisfied. To obtain a payoff amount please call our automated system at the number listed, available 24 hours a day, 7 days a week.



**American Education Services**
P.O. Box 2461  Harrisburg, PA 17105-2461
Toll-free 800-233-0557 • TTY: Dial 711
Fax 717-720-3916 • International 717-720-3100
aesSuccess.org   NMLS#1619466

JULY 21, 2021

ADAM S BENGHARSA

**THIS LETTER IS FOR YOUR INFORMATION ONLY.**

**WHY WE ARE CONTACTING YOU**
To provide you with the detailed loan information that was recently requested.

As of the date of this letter, your account is not in default, and is current.



JULY 21, 2021

## LOAN INFORMATION FOR: ANNABELLE O BERGER

| LOAN TYPE: | MEFAIM | ORIGINAL PRINCIPAL BALANCE: | $25,200.00 |
| --- | --- | --- | --- |
| DISBURSEMENT DATE: | 09/13/2019 | CURRENT PRINCIPAL BALANCE: | $21,318.21 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 4.700% |
| LOAN SEQUENCE: | 0001 | REPAYMENT TERM: | 120 MONTHS |
| DELINQUENCY: | 0 DAYS | INSTALLMENT AMOUNT: | $264.10 |
| LOAN TYPE: | MEFAIM | ORIGINAL PRINCIPAL BALANCE: | $24,000.00 |
| DISBURSEMENT DATE: | 01/24/2020 | CURRENT PRINCIPAL BALANCE: | $21,091.17 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 4.500% |
| LOAN SEQUENCE: | 0002 | REPAYMENT TERM: | 120 MONTHS |
| DELINQUENCY: | 0 DAYS | INSTALLMENT AMOUNT: | $248.87 |
| LOAN TYPE: | MEFAIM | ORIGINAL PRINCIPAL BALANCE: | $23,000.00 |
| DISBURSEMENT DATE: | 09/09/2020 | CURRENT PRINCIPAL BALANCE: | $21,621.57 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 4.050% |
| LOAN SEQUENCE: | 0003 | REPAYMENT TERM: | 120 MONTHS |
| DELINQUENCY: | 0 DAYS | INSTALLMENT AMOUNT: | $233.89 |
| LOAN TYPE: | MEFAIM | ORIGINAL PRINCIPAL BALANCE: | $23,000.00 |
| DISBURSEMENT DATE: | 02/17/2021 | CURRENT PRINCIPAL BALANCE: | $22,404.38 |
| CURRENT LOAN STATUS: | REPAYMENT | CURRENT INTEREST RATE: | 4.250% |
| LOAN SEQUENCE: | 0004 | REPAYMENT TERM: | 120 MONTHS |
| DELINQUENCY: | 0 DAYS | INSTALLMENT AMOUNT: | $235.84 |

*The balance listed above is not a payoff amount.  If you intend to payoff your loan(s), both the current principal balance and any outstanding interest must be satisfied.  To obtain a payoff amount please call our automated system at 1-800-233-0557, available 24 hours a day, 7 days a week.*