# Exhibit F

Prepared For

# ADAM BENGHARSA

**Personal & Confidential**

Date Generated  Aug 2, 2021
Report Number  ███████-00

## At a Glance

  Accounts    Public Records    Hard Inquiries

## Personal Information



Names  |  Addresses  |  Employers  |  Other Records

Because your personal information is reported by you, your creditors, and other sources, it's typical to see small variations in reported personal information, like names and addresses. For security reasons, many of these items can't be disputed online, but don't worry—they don't affect your credit score.

### Names

**ADAM S BENGHARSA**
Name ID ████

**ADAM BENGHARSA**
Name ID ████

## Addresses



## Year of Birth

## Phone Numbers

Cellular

## Accounts

Includes credit cards, real estate loans and installment loans. This information is reported to the credit bureaus from your creditors.

### AES/MEFA

**Potentially Negative**


## Account Info

| | |
|---|---|
| Account Name | AES/MEFA |
| Account Number | XXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Joint with ANNABELLE BERGER |
| Date Opened | 09/13/2019 |
| Status | Creditor cannot locate individual/Never late. |
| Status Updated | Apr 2021 |
| Balance | $21,326 |
| Balance Updated | 06/30/2021 |
| Recent Payment | $264 |
| Monthly Payment | $264 |
| Original Balance | $25,200 |
| Highest Balance | $0 |
| Terms | 120 Months |


## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | — | — | — | — | — | — |
| 2020 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2019 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor cannot locate individual from Apr 30, 2021 to June 30, 2021

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,685 | $264 | $264 on 4/28/2021 |
| Mar 2021 | $21,865 | $264 | $264 on 3/28/2021 |
| Feb 2021 | $22,315 | $264 | $0 on 1/28/2021 |
| Jan 2021 | $22,235 | $264 | $274 on 1/28/2021 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2020 | $22,419 | $264 | $274 on 12/28/2020 |
| Nov 2020 | $22,604 | $264 | $274 on 11/28/2020 |
| Oct 2020 | $22,790 | $264 | $274 on 10/28/2020 |
| Sep 2020 | $22,973 | $264 | $274 on 9/28/2020 |
| Aug 2020 | $23,158 | $264 | $274 on 8/28/2020 |
| Jul 2020 | $23,339 | $264 | $274 on 7/28/2020 |
| Jun 2020 | $23,520 | $264 | $274 on 6/28/2020 |
| May 2020 | $23,703 | $264 | $274 on 5/28/2020 |
| Apr 2020 | $23,882 | $264 | $274 on 4/28/2020 |
| Mar 2020 | $24,063 | $264 | $274 on 3/28/2020 |
| Feb 2020 | $24,241 | $264 | $274 on 2/28/2020 |
| Jan 2020 | $24,424 | $264 | $294 on 1/28/2020 |
| Dec 2019 | $24,621 | $264 | $315 on 12/28/2019 |
| Nov 2019 | $24,837 | $264 | $304 on 11/28/2019 |
| Oct 2019 | $25,044 | $264 | $314 on 10/24/2019 |
| Sep 2019 | $25,258 | $0 | $0 |

**Additional info**

The original amount of this account was $25,200

---



**Contact Info**

Address: PO BOX 61047, HARRISBURG PA 17106

Phone Number: (800) 233-0557

---



**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**



None



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jul 2021.

## AES/MEFA
**Potentially Negative**

### Account Info

| | |
|---|---|
| Account Name | AES/MEFA |
| Account Number | XXXXXXXXXXX |
| Account Type | Education |
| Responsibility | Joint with ANNABELLE BERGER |
| Date Opened | 01/24/2020 |
| Status | Creditor recently located individual/Never late. |
| Status Updated | June 2021 |
| Balance | $21,098 |
| Balance Updated | 06/30/2021 |
| Recent Payment | $248 |
| Monthly Payment | $248 |
| Original Balance | $24,000 |
| Highest Balance | $0 |
| Terms | 120 Months |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | — | — | — | — | — | — |
| 2020 | — | — | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor recently located individual from Apr 30, 2021 to May 31, 2021



**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,436 | $248 | $248 on 4/28/2021 |
| Mar 2021 | $21,605 | $248 | $248 on 3/28/2021 |
| Feb 2021 | $22,030 | $248 | $0 on 1/28/2021 |
| Jan 2021 | $21,954 | $248 | $258 on 1/28/2021 |
| Dec 2020 | $22,128 | $248 | $258 on 12/28/2020 |
| Nov 2020 | $22,302 | $248 | $258 on 11/28/2020 |
| Oct 2020 | $22,478 | $248 | $258 on 10/28/2020 |
| Sep 2020 | $22,651 | $248 | $258 on 9/28/2020 |
| Aug 2020 | $22,826 | $248 | $258 on 8/28/2020 |
| Jul 2020 | $22,997 | $248 | $258 on 7/28/2020 |
| Jun 2020 | $23,168 | $248 | $258 on 6/28/2020 |
| May 2020 | $23,341 | $248 | $258 on 5/28/2020 |
| Apr 2020 | $23,510 | $248 | $258 on 4/28/2020 |
| Mar 2020 | $23,682 | $248 | $258 on 3/28/2020 |
| Feb 2020 | $23,850 | $248 | $258 on 2/28/2020 |
| Jan 2020 | $24,023 | $0 | $0 |

**Additional info**

The original amount of this account was $24,000



**Contact Info**

| | |
|---|---|
| Address | PO BOX 61047, HARRISBURG PA 17106 |
| Phone Number | (800) 233-0557 |



**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

| | |
|---|---|
| None | |



**Reinvestigation Info**

This item was updated from our processing of your dispute in Jul 2021.

# AES/MEFA
**Potentially Negative**



## Account Info

| | |
|---|---|
| Account Name | AES/MEFA |
| Account Number | XXXXXXXXXX |
| Account Type | Education |
| Respons b ty | Joint with KENNETH BERGER, ANNABELLE BERGER |
| Date Opened | 09/09/2020 |
| Status | Creditor recently located individual/Never late. |
| Status Updated | June 2021 |
| Ba ance | $21,628 |
| Ba ance Updated | 06/30/2021 |
| Recent Payment | $233 |
| Month y Payment | $233 |
| Or g na Ba ance | $23,000 |
| H ghest Ba ance | $0 |
| Terms | 120 Months |

## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ● | ● | ● | ● | ● | ● | — | — | — | — | — | — |
| 2020 | — | — | — | — | — | — | — | — | — | ● | ● | ● |

● Current on payments

**Payment history guide**

Creditor recently located individual from Apr 30, 2021 to May 31, 2021



## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $21,948 | $233 | $233 on 4/28/2021 |
| Mar 2021 | $22,109 | $233 | $233 on 3/28/2021 |
| Feb 2021 | $22,500 | $233 | $0 on 1/28/2021 |
| Jan 2021 | $22,430 | $233 | $233 on 1/28/2021 |
| Dec 2020 | $22,587 | $233 | $233 on 12/28/2020 |
| Nov 2020 | $22,743 | $233 | $242 on 11/28/2020 |
| Oct 2020 | $22,909 | $233 | $225 on 10/28/2020 |
| Sep 2020 | $23,055 | $0 | $0 |

**Additional info**

The original amount of this account was $23,000



**Contact Info**

Address — PO BOX 61047, HARRISBURG PA 17106

Phone Number — (800) 233-0557



**Comment**

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None



**Reinvestigation Info**

This item remained unchanged from our processing of your dispute in Jul 2021.

## AES/MEFA
**Potentially Negative**


## Account Info

| | |
|---|---|
| Account Name | **AES/MEFA** |
| Account Number | XXXXXXXXXX |
| Account Type | Education |
| Responsibility | Joint with KENNETH BERGER, ANNABELLE BERGER |
| Date Opened | 02/17/2021 |
| Status | **Creditor recently located individual/Never late.** |
| Status Updated | June 2021 |
| Balance | $22,412 |
| Balance Updated | 06/30/2021 |
| Recent Payment | $235 |
| Monthly Payment | $235 |
| Original Balance | $23,000 |
| Highest Balance | $0 |
| Terms | 120 Months |


## Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | — | — | ● | ● | ● | ● | — | — | — | — | — | — |

● Current on payments

**Payment history guide**

Creditor recently located individual from Apr 30, 2021 to May 31, 2021


## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2021 | $22,723 | $235 | $235 on 4/28/2021 |
| Mar 2021 | $22,879 | $235 | $235 on 3/28/2021 |
| Feb 2021 | $23,032 | $0 | $0 |

## Additional info

The original amount of this account was $23,000

## Contact Info

| | |
|---|---|
| Address | PO BOX 61047, HARRISBURG PA 17106 |

Phone Number
(800) 233-0557

# Comment

**Current:**

Completed investigation of FCRA dispute - consumer disagrees.

**Previous:**

None

# Reinvestigation Info

This item was updated from our processing of your dispute in Jul 2021.